Minute Order Form (rev. 4/99)                                    07 GJ 1134

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE BUCKLO | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 0795 | DATE | FEBRUARY 28, 2008 |
| CASE TITLE | US v.   ROBERT FLETCHER & MICHAEL COURTNEY | | |

Motion:   (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

GRAND JURY PROCEEDING    **MAGISTRATE JUDGE NOLAN**

**SPECIAL JUNE 2007**

The Grand Jury for the _____ Session, a quorum being present,
returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____

**FILED**

Docket Entry:

**FEB 2 6 2008**

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO ROBERT FLETCHER. TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO MICHAEL COURTNEY.

SIGNATURE OF JUDGE _____    (ONLY IF FILED
OR MAGISTRATE JUDGE                                UNDER SEAL)

| | | | |
|---|---|---|---|
| No notices required, advised in open court. | | | Number of notices |
| No notices required. | | | Date docketed |
| Notices mailed by judge's staff. | | | Docketing dpty. initials |
| Notified counsel by telephone. | | | |
| Docketing to mail notices | | | Date mailed notice |
| Mail AO 450 form. | | | |
| Copy to judge/magistrate judge. | | | Mailing dpty. initials |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |

DOCKET #