UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  07 CR 795 |
| | ) | |
| ROBERT FLETCHER ET AL., | ) | Judge Elaine E. Bucklo |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:

| | | |
|---|---|---|
| AUSA Steven Bloch | Michael F. Clancy | Terrence P. Gillespie |
| United States Attorney's Office | Suite 1401 | Genson & Gillespie |
| 219 S. Dearborn St. | Attorney At Law | Suite  1420 |
| Chicago, IL 60604 | 53 W. Jackson Blvd | 53 W. Jackson Blvd. |
| | Chicago IL 60604 | Chicago IL 60604 |

PLEASE TAKE NOTICE THAT, on Monday, March 31, 2008 at 9:30 am, I shall appear before the Hon. Elaine E. Bucklo in Court Room 1441 of the United States Court House at 219  S. Dearborn Ave., Chicago IL 60604, and then and there present DEFENDANT FLETCHER'S AGREED MOTION TO EXTEND PRETRIAL MOTION DEADLINES AND STATUS, a copy of which is attached hereto and hereby served upon you.

Date: March 26, 2008                              Respectfully submitted,

ROBERT FLETCHER

By: s/ Timothy P. O'Connor
One Of His Attorneys

Timothy P. O'Connor
MEYER & O'CONNOR, LLC
Suite 2210
20 South Clark Street
Chicago, IL  60603

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing

NOTICE OF MOTION to be served upon

AUSA Steven Bloch
United States Attorney's Office
219 S. Dearborn St.
Chicago, IL 60604

Terrence Gillespie
Genson & Gillespie
Suite 1420
53 W. Jackson Blvd.
Chicago IL 60604

Michael Clancy
Attorney At Law
Suite 1401
53 W. Jackson Blvd
Chicago IL 60603

by electronic service through the court's ECF filing system on this 26th day of March, 2008.

<u>s/Timothy P. O'Connor</u>