**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                    Case No.: 1:07–cr–00795
                                                    Honorable Elaine E. Bucklo

Robert Fletcher, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 28, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:Motions for extension of time [26] are granted as to Robert Fletcher and Michael Courtney. Accordingly, pretrial motions due by 4/21/08; and responses by 4/30/08. Status hearing reset for 4/25/2008 at 10:00 AM. Time from this day through next status is excluded for motions and trial preparations under 18:3161 (h)(8)(B)(iv). Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.